# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

KAREN BROWN,

        Petitioner

        v.

RITE AID CORPORATION,

        Respondent

: No. 428 MAL 2020
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of January, 2021, the Petition for Allowance of Appeal is **DENIED**.